**Order entered May 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00103-CV

### IN THE INTEREST OF E.D.E.L., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-30070-2020**

### ORDER

Before the Court is Father's May 5, 2022 motion to extend time to file tendered brief. Because the brief was filed by the deadline set in our May 4, 2022 order, we **DENY** the motion as moot.

/s/    DAVID J. SCHENCK
       JUSTICE